IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRELAND & FARMER DESIGNERS, INC.,**

            **Plaintiff,**

vs.                                                             Case No. 3:05cv00238 GTE

**DAN W. MATTIX, and DAN W. MATTIX
BUILDING DESIGN, INC. d/b/a Mattix
Building Design,**

            **Defendants.**

## CONSENT ORDER DISMISSING DEFENDANT, DAN W. MATTIX BUILDING DESIGN, INC., AND AMENDING APPELATION OF DEFENDANT DAN W. MATTIX

This matter coming before the Court by consent of Plaintiff Breland & Farmer Designers, Inc. ("Breland") and Defendant Dan W. Mattix, as evidenced by the signatures of their respective counsel below, upon their Stipulation of Dismissal of Defendant Dan W. Mattix Building Design, Inc., and Amendment to the Name of Defendant Dan W. Mattix, and it appearing to the Court that, pursuant to Fed. R. Civ. P. 21 and 41, this Consent Order should be entered as agreed by the parties hereto:

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED BY CONSENT** that Defendant Dan W. Mattix Building Design, Inc. should be, and hereby is, dismissed from this cause, and removed from the caption of this cause.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED BY CONSENT** that the name of the remaining Defendant be changed to "Dan W. Mattix, individually, and d/b/a Mattix Building Design and d/b/a Dan W. Mattix Building Design," and that the caption of this cause be so amended to reflect this change.

**IT IS SO ORDERED**.

**ENTERED** this the 24th day of April, 2007.

    /s/ Garnett Thomas Eisele
THE HONORABLE G. THOMAS EISELE
UNITED STATES DISTRICT JUDGE

Agreed to and Approved By:

HARRIS SHELTON HANOVER WALSH, PLLC

/s/ James R. Newsom III (TN Disc. No. 6683)
/s/ Timothy D. Patterson (TN Disc. No. 22225)
One Commerce Square, Suite 2700
Memphis, Tennessee 38103-2555
(901) 525-1455
jnewsom@harrisshelton.com
tpatterson@harrisshelton.com

*Counsel for Plaintiff*


LYONS, EMERSON & CONE, PLC

/s/ David D. Tyler (Ark. Bar No. 99154)
P.O. Box 7044
Jonesboro, AR 72403
(870) 972-5440
dtyler@leclaw.com

*Counsel for Defendant Dan W. Mattix*