# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BRELAND & FARMER DESIGNERS, INC.,**

         **Plaintiff,**

vs.                   Case No. 3:05cv00238 GTE

**DAN W. MATTIX, individually, and
d/b/a Mattix Building Design, and
d/b/a Dan W. Mattix Building Design,**

         **Defendants**

## CONSENT JUDGMENT

This matter coming before the Court by consent of Plaintiff Breland & Farmer Designers, Inc. ("Breland") and Defendant Dan W. Mattix, individually, and d/b/a Mattix Building Design, and d/b/a Dan W. Mattix Building Design, as evidenced by the signatures of their respective counsel below, and it appearing to the Court that the parties have entered into a private settlement agreement and that this Consent Judgment should be entered as agreed by the parties hereto,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED BY CONSENT** that the following injunctive relief shall be and hereby is ordered pursuant to 17 U.S.C. § 502:

(a)   Defendant Dan W. Mattix, individually, and d/b/a Mattix Building Design and d/b/a Dan W. Mattix Building Design is permanently enjoined from the use of Breland's

1

copyrighted architectural plans and drawings, without prior express permission from Breland, including, without limitation, those architectural plans and drawings identified in the Complaint in this cause as Breland Plan Numbers 1304, 1414, 1423, 1426, 1435, 1602, 1607, 1626, 1628, 1811, 1826, 1912, and 2307;

(b) Defendant Dan W. Mattix, individually, and d/b/a Mattix Building Design and d/b/a Dan W. Mattix Building Design is permanently enjoined from the use of the architectural plans and drawings identified in the Complaint in this cause as Mattix Plan Numbers 14471860, 8071596, 12171610, 12091597, 9791802, 7411644, 10861605, 1858.46 ft$^2$, 13231965, 13911939, 9831786, 10421674, 11501696, 11501680, 12571650, and 1191-2533; and

(b) Defendant Dan W. Mattix, individually, and d/b/a Mattix Building Design and d/b/a Dan W. Mattix Building Design is enjoined mandatorily to destroy all CAD files, printed materials, drawings and blueprints which document or illustrate the Mattix Plans identified in the Complaint in this cause as Mattix Plan Numbers 14471860, 8071596, 12171610, 12091597, 9791802, 7411644, 10861605, 1858.46 ft2, 13231965, 13911939, 9831786, 10421674, 11501696, 11501680, 12571650, and 1191-2533, no later than five (5) days next following the entry of this Consent Judgment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED BY CONSENT** that Breland have a monetary Judgment against the Defendant Dan W. Mattix, individually, and d/b/a Mattix Building Design and d/b/a Dan W. Mattix Building Design in the total liquidated sum of $500,000.00 as damages for willful copyright infringements and violations of the Lanham Act, pursuant to 17 U.S.C. § 504 and 15 U.S.C. §§ 1117 and 1125, and for costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505 and 17 U.S.C. § 1117.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED BY CONSENT** that the parties are obliged to comply with the terms of their private settlement agreement.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED BY CONSENT** that this Court shall retain jurisdiction to ensure that the injunctions set forth herein are promptly and completely enforced and to ensure that the parties comply with the terms of their private settlement agreement.

**IT IS SO ORDERED**.

**ENTERED** this the 24th day of April, 2007.

    /s/ Garnett Thomas Eisele
THE HONORABLE G. THOMAS EISELE
UNITED STATES DISTRICT JUDGE

Agreed to and Approved By:

HARRIS SHELTON HANOVER WALSH, PLLC

/s/ James R. Newsom III (TN Disc. No. 6683)
/s/ Timothy D. Patterson (TN Disc. No. 22225)
One Commerce Square, Suite 2700
Memphis, Tennessee 38103-2555
(901) 525-1455
jnewsom@harrisshelton.com
tpatterson@harrisshelton.com

*Counsel for Plaintiff*


LYONS, EMERSON & CONE, PLC

/s/ David D. Tyler (Ark. Bar No. 99154)
P.O. Box 7044
Jonesboro, AR 72403
(870) 972-5440
dtyler@leclaw.com

*Counsel for Defendant*